**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUNBELT RENTALS, INC.,

      Plaintiff,

v.                                                                                  Case No:   6:21-cv-864-GAP-EJK

SEMINOLE MALL REALTY
HOLDINGS, LLC

      Defendant.

## ORDER

This cause comes before the Court on Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. 20) filed January 26, 2022.

On April 1, 2022, United States Magistrate Judge Embry J. Kidd issued a report (Doc. 22) recommending that the motion be granted in part.   No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.   The Report and Recommendation is **ADOPTED IN PART and REJECTED IN PART** as outlined in this Order.

    2.   As recommended, the Motion for Default Judgment is **GRANTED in part**; however, pre-judgment interest will be calculated from January 1, 2022,

rather than March 18, 2021[1]. The Clerk is therefore directed to enter final default judgment in favor of Plaintiff and against Defendant in the amount of $161,138.10, plus pre-judgment interest in the amount of $2,335.30.

3. Plaintiff is also awarded post-judgment interest, which will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

4. In all other respects the motion is **DENIED**.

5. Plaintiff may file a motion for attorney's fees by May 5, 2022.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 21, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Using the March 18, 2021, date would result in interest accrual on service charges (which in reality amounts to an interest charge) from March 18, 2021, through December 31, 2021.